# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOHN DERAFFELE, | : | No. 126 MM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HONORABLE HUGH JONES, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 27th day of January, 2022, the Petition for Writ of Mandamus is DENIED.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.